IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT CHISHOLM, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    1:21CV832<br>) |
| MOUNTAIRE FARMS OF NORTH CAROLINA CORP., | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## JUDGMENT

For the reasons set forth in a Memorandum Opinion and Order filed contemporaneously with this Judgement,

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion to Dismiss, (ECF No. 9), is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**.

This, the 21st day of September 2022.

                                              /s/ Loretta C. Biggs
                                              United States District Judge